Dear Judge Adelman I spoke with Nick Barton from CenturyLink and he said to send in a letter to request a motion to quash. So that is what im doing is requesting a motion to quash case number 14-cv-00359. I do not wish to have my information shared with the Attorneys involved in this subpoena. Someone else used my IP address not me that is why im requesting to quash thank you.

6/5/14

Todd Flahavan