LA

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2014 JUN -6 A 11: 14

[signature]



CenturyLink™

Mailstop: KSOPKJ0702
5454 W. 110th Street
Overland Park, KS 66211
Phone: 877-451-1980
Fax: 844-254-5800

05/27/2014

TODD FLAHAVAN
215 COLUMBIA DR APT 4
POYNETTE, WI 53955

Case Number:              14-cv-00359
**CENTURYLINK Case Number:**   2014-00004181

Dear TODD FLAHAVAN:

It is CenturyLink's policy to notify our customers when we receive a subpoena requesting their records in a civil matter. CenturyLink protects its customers' privacy, but we are required to respond to lawful subpoenas for customer information unless otherwise ordered by the relevant court or regulatory body.

CenturyLink has been served with a subpoena from **Takiguchi and Vogt** regarding the civil case, **Dallas Buyers Club, LLC v. John Does 1-20.** The subpoena requires CenturyLink to produce the name, address, user name, and activity log of the CenturyLink customer assigned the IP address of **207.118.133.9 on 1/19/2014 at 18:51 UTC.** CenturyLink's records reflect that you were assigned that IP address on the date and time specified.

CenturyLink is required by law to respond to the subpoena and furnish the records as requested on or before **06/07/2014.**

If you have any objections to the subpoena, please notify CenturyLink as soon as possible of the objection, but no later than close of business on the above date. You will also need to file your objections with the court on or before the date specified to prevent the release of your records pursuant to the subpoena. The case in which the subpoena was issued is case number: **14-cv-00359, filed in the United States Eastern District of Wisconsin.**

For questions regarding the subpoena, please contact attorney **Keith A. Vogt at (303) 726-2259** or **kvogt@takiguchiandvogt.com**.

For further questions or inquiries, please contact the CenturyLink Law Enforcement Support Team at 877-451-1980 or my direct line at 913-345-7882.

Sincerely,

Nick Barton
CenturyLink
Law Enforcement Support

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| Dallas Buyers Club, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 14-cv-00359 |
| DOES 1-17 | ) | |
| | ) | (If the action is pending in another district, state where: ) |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Subpoena Compliance/Custodian of Records: CenturyLink, Inc. C/O C T Corporation System
8040 Excelsior Drive, Suite 200
Madison, WI 53717

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Per the attached Order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will provide data to you in cost-effective format if you inform us of your preferred format.

| Place: Keith A. Vogt/ Takiguchi & Vogt<br>1415 W 22nd Street, Tower Floor<br>Oak Brook, IL 60523 | Date and Time:<br><br>June 07, 2014 10:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: __May 07, 2014__

CLERK OF COURT

OR

_____  S/KEITH VOGT
*Signature of Clerk or Deputy Clerk*  *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____Plaintiff_____
_____, who issues or requests this subpoena, are:
Keith Vogt/Takiguchi & Vogt/1415 W 22nd Street, Tower Floor/Oak Brook, IL 60523/(773) 340-9469
kvogt@TakiguchiandVogt.com

| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 50.105.142.96 | 1/18/14 06:58:08 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Frontier Communications | Brownsville | Dodge |
| 2 | 184.157.209.42 | 1/19/14 07:37:36 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | CenturyLink | Ripon | Fond du Lac |
| 3 | 207.118.133.9 | 1/19/14 06:51:39 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | CenturyLink | Berlin | Green Lake |
| 4 | 207.118.151.156 | 1/12/14 01:45:51 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | CenturyLink | Berlin | Green Lake |
| 5 | 207.118.129.188 | 1/5/14 12:40:35 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | CenturyLink | Markesan | Green Lake |
| 6 | 207.118.139.121 | 1/17/14 01:07:30 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | CenturyLink | Luxemburg | Kewaunee |
| 7 | 50.123.251.238 | 1/18/14 11:02:55 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Frontier Communications | Antigo | Langlade |
| 8 | 50.124.108.182 | 1/18/14 03:29:08 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Frontier Communications | Antigo | Langlade |
| 9 | 50.124.120.195 | 1/4/14 03:29:30 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Frontier Communications | Antigo | Langlade |
| 10 | 50.105.132.40 | 1/22/14 12:16:53 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Frontier Communications | Kiel | Manitowoc |
| 11 | 71.193.85.71 | 1/12/14 08:26:38 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Manitowoc | Manitowoc |
| 12 | 50.157.71.248 | 1/11/14 09:23:36 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Manitowoc | Manitowoc |
| 13 | 71.193.85.209 | 1/5/14 01:23:26 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Manitowoc | Manitowoc |
| 14 | 75.72.155.94 | 1/4/14 03:51:59 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Manitowoc | Manitowoc |
| 15 | 50.124.116.31 | 1/20/14 07:17:54 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Frontier Communications | Montello | Marquette |
| 16 | 50.105.148.165 | 1/5/14 01:33:58 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Frontier Communications | Fredonia | Ozaukee |
| 17 | 50.50.158.108 | 1/4/14 07:17:25 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Frontier Communications | Plymouth | Sheboygan |