# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DALLAS BUYERS CLUB, LLC,**
      Plaintiff,

   v.                                                                       Case No. 14-C-0359

**JOHN DOES,**
      Defendants.

---

## DECISION AND ORDER

This is an action for copyright infringement in which the plaintiff alleges that several unknown individuals illegally copied the motion picture <u>The Dallas Buyers Club</u>. Shortly after filing the complaint, the plaintiff filed a motion to serve a subpoena on the defendants' Internet service providers prior to the Federal Rule of Civil Procedure 26(f) conference in order to obtain the defendants' names and addresses. I granted that motion. Recently, one of the defendants filed a motion to quash the subpoena that plaintiff served on his service provider. In filing the motion to quash, the defendant disclosed his name and address, which is the only information that I allowed the plaintiff to obtain through use of the subpoenas.[1] Thus, the plaintiff now has all the information it needs to serve the defendant with process. The motion to quash will be granted.

**THEREFORE, IT IS ORDERED** that the defendant's motion to quash is **GRANTED**.

---

[1] It appears that the subpoena the plaintiff served on the Internet service provider asks for information other than the defendant's name and address. However, I did not grant plaintiff permission to request this additional information.

Dated at Milwaukee, Wisconsin this 18th day of July, 2014.

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge